445 A.2d 195

Commonwealth v. Anderson, Appellant.

 Submitted January 21, 1981. Mitchell Scott Strutin, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and POPOVICH, JJ.

Order and judgment of sentence affirmed.

445 A.2d 196

Commonwealth v. Baines, Appellant.

 Submitted December 15, 1981. Jean C. Hemphill, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., concurred in the result.